ACCEPTED
03-14-00714-CV
4685623
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/30/2015 3:54:05 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00714-CV

**IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/31/2015 3:54:16 PM
JEFFREY D. KYLE
Clerk

On Appeal from the 98th Judicial District Court of Travis County
Cause Number No. D-1-GN-12-002467

KEVIN TARR

Appellant,

v.

LANTANA SOUTHWEST HOMEOWNERS' ASSOCIATION, INC.,

Appellee,

### *AGREED* MOTION TO EXTEND TIME

TO THE HONORABLE COURT:

Appellee, Lantana Southwest Homeowners' Association ("Lantana") files this First Unopposed Motion for Extension of Time to File Appellee's Reply Brief, pursuant to Texas Rules of Appellate Procedure 38.6 and 10.5(b)(1), and would respectfully show unto the Court the following:

1. The current deadline for filing Lantana's Reply Brief is April 16, 2015.

2. Lantana seeks a 30-day extension of time to file its Reply Brief, whereby the deadline would be on May 16, 2015.

1

3.     This extension of time is sought because the briefing required for the Reply Brief is extensive, and the undersigned counsel for Lantana has both depositions and a mediation in two multiple party cases during the time the briefing is required under the current deadline.  Because the cases both involve multiple parties and because the dates were agreed upon in advance of Appellant's Brief, it would be inefficient and impractical to attempt to reschedule the prior commitments so that adequate time may be afforded to the briefing.

4.     This is the first Motion for Extension of Time filed with the court by Lantana.

5.     This motion is agreed/unopposed.

6.     This extension of time is not requested for mere delay, but to allow counsel adequate time to accurately present the issues on appeal.

For these reasons, Appellee Lantana respectfully requests that this Court grant a 30-day extension of time to file its Reply Brief herein, and set the deadline for filing the same to May 16, 2015.

Respectfully submitted,

**ROBERTS MARKEL WEINBERG BUTLER HAILEY PC**

_____

**GREGORY B. GODKIN**
Texas State Bar No. 24002146
111 Congress, Suite 1620
Austin, TX  78701
ggodkin@rmwbhlaw.com
Telephone:  (512) 279-7344
Fax:  (713) 840-9404
**Attorneys for Lantana Southwest Homeowners'
Association, Inc.**

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule 9.4 i(3) of the Texas Rules of Appellate Procedure, I certify that the word count in this Lantana Southwest Homeowners' Association, Inc.'s First Unopposed Motion for Extension of Time to File its Appellee Brief is 523 words.

_____
GREGORY B. GODKIN

## CERTIFICATE OF CONFERENCE

On March 26, 2014, Gregory B. Godkin, counsel for Appellee, conferred with Matthew Ploeger, counsel for Appellant, regarding the matter at issue in this Motion.  Mr. Ploeger is **agreed/unopposed** to the relief sought in Lantana

Southwest Homeowners' Association, Inc.'s First Motion for Extension of Time to File its Reply Brief.

_____
GREGORY B. GODKIN

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to Tex. R. Civ. P. 21a, a true and correct copy of the foregoing instrument was served upon the parties listed below by fax, delivery service, messenger, mail, and/or through the serving party's electronic filing service provider, this 30th day of March, 2015.

***Via Facsimile No. (512) 298-1787***
Mr. Matthew Ploeger
Law Office of Matthew Ploeger
901 S. Mopac Expressway, Suite 300
Barton Oaks Plaza, Building One
Austin, Texas 78746
(512) 298-2088 Phone

*Attorney for Kevin Tarr*

_____
GREGORY B. GODKIN